Albert J. Moquin, Appellant, v. Robert O. Lowery, as Fire Commissioner of the City of New York, et al., Respondents.—

Concur — Stevens, P. J., Eager, McGivern and Nunez, JJ.

King Records, Inc., Respondent, v. James Brown et al., Defendants, and Mercury Records Corp. et al., Appellants.—

Concur — Eager, J. P., Nunez, Steuer and Tilzer, JJ.

The People of the State of New York, Respondent, v. Harold Jones, Appellant.—

Concur — Stevens, P. J., Eager, McGivern and Nunez, JJ.